FREDERICK HAFFNER, Appellant, *v.* KATHARINA SCHMUCK, Respondent.

*Haffner* v. *Schmuck*, 49 App. Div. 193, affirmed.
(Submitted October 8, 1901; decided October 22, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1900, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Louis Lowenstein* for appellant.

*John Hardy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE CAHILL IRON WORKS, Respondent, *v.* FRANCIS R. PEMBERTON, Appellant.

*Cahill Iron Works* v. *Pemberton*, 48 App. Div. 468, affirmed.
(Argued October 8, 1901; decided October 22, 1901.)

APPEAL from a judgment of the Supreme Court in the second judicial department, entered March 13, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frank Sullivan Smith* and *C. Walter Artz* for appellant.

*James H. Caldwell* and *Robert R. Reed* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.